1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,          )     No. CR 11-0101 WHA
                                        )
15 |          Plaintiff,                )
                                        )
16 |     v.                             )                    **ORDER**
                                        )     **CONTINUING DATE AND EXCLUDING**
17 | RICARDO PEREZ GARCIA,              )     **TIME UNDER 18 U.S.C. § 3161**
         a/k/a Ricardo Garcia          )
18 |     a/k/a Juan Reyes,             )
         a/k/a Edwardo Vasquez Perez,   )
19 |     a/k/a Ismael Tellez Garcia,    )
         a/k/a Hector Garcia,          )
20 |                                    )
              Defendant.                )
21 | _____ )

22
23
24
25
26
27
28

For the reasons stated above and at the March 22, 2011 hearing, the matter is continued to April 5, 2011, and the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 22, 2011 through April 5, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would unreasonably deny the defendant reasonable time to obtain counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.


DATED:_____ March 25, 2011.            
_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge