1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | NO. CR 11-0101 WHA |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION AND ~~[PROPOSED]~~** |
| RICARDO PEREZ GARCIA, | ) ) | **ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| a/k/a Ricardo Garcia | ) | |
| a/k/a Juan Reyes, | ) | |
| a/k/a Edwardo Vasquez Perez, | ) | |
| a/k/a Ismael Tellez Garcia, | ) | |
| a/k/a Hector Garcia, | ) | |
| Defendant. | ) ) | |

On April 5, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to April 19, 2011. The parties have agreed to exclude the period of time between April 5, 2011and April 19, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties have represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

1  U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.

2

3  SO STIPULATED:

4
                                    MELINDA HAAG
5                                   United States Attorney

6

7  DATED: April 15, 2011                    /s/
                                    _____
                                    LOWELL C. POWELL
8                                   Special Assistant United States Attorney

9

10  DATED: April 15, 2011                   /s/
                                    _____
                                    JOSH COHEN
11                                  Attorney for RICARDO PEREZ GARCIA

12

13                             [PROPOSED] ORDER

14        For the reasons stated above and at the April 5, 2011 hearing, the Court finds that the

15  exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from April 5,

16  2011 through April 19, 2011 is warranted and that the ends of justice served by the continuance

17  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

18  §3161(h)(7)(A).  The failure to grant the requested exclusion of time would unreasonably deny

19  counsel for the defendant and for the Government the reasonable time necessary for effective

20  preparation, taking into account the exercise of due diligence, and deny the parties continuity of

21  counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

22  IT IS SO ORDERED.

23

24  DATED:  April 15, 2011.
        _____
                                    _____
25                                  THE HONORABLE WILLIAM H. ALSUP
                                    United States District Judge

26

27

28